IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00461-RPM

TT MODESTO, LLC,

       Plaintiff,

v.

TIMOTHY O'CROWLEY,
HAROLD POTE,
STEVEN PIAKER,
SPIDER TECHNOLOGIES and
DOES 1 THROUGH 50,

       Defendants.
_____

ORDER FOR STATUS REPORTS
_____

Upon a review of the file in this civil action, it is

ORDERED that the parties shall file written status reports on or before October 13, 2005.

DATED: October 3rd, 2005.

BY THE COURT:

s\Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge