IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00461-RPM

TT MODESTO, LLC,

       Plaintiff,

v.

TIMOTHY O'CROWLEY,
HAROLD POTE,
STEVEN PIAKER,
SPIDER TECHNOLOGIES and
DOES 1 THROUGH 50,

       Defendants.
_____

ORDER FOR ADMINISTRATIVE CLOSURE
_____

It appearing from the files and records in this action that there has been no response to the Order for Status Reports, filed on October 3, 2005, it is therefore

ORDERED that this civil action is closed administratively pursuant to D.C.Colo.LCivR 41.2.

DATED:   November 18th, 2005.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge